IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA**

        **Plaintiff,**

and

**ANNETTE REDDICK,** *et al.*

        **Intervening Plaintiffs,**

    v.                                    Civil Action No. 2:07cv342

**JOHN CROCKETT HENRY,** *et al.*

        **Defendants.**

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

    Intervening Plaintiffs, by counsel, submit this Supplemental Authority in Support of their Objections to the Magistrate Judge's Report and Recommendations (Docket No. 152). The U.S. Court of Appeals for the Seventh Circuit on October 26, 2012, issued a decision in *United States of America v. White*, Nos. 11-2150 & 11-2209, a case involving William A. White, the non-party who is the subject of the Magistrate Judge's Report and Recommendations, to which Intervening Plaintiffs have objected. A copy of the Seventh Circuit's decision is attached as **Exhibit A**. The Seventh Circuit's decision, which reversed the district court's acquittal of White, reinstated the jury's conviction of White, and remanded the case for sentencing, addresses numerous issues pertinent to this case. Intervening Plaintiffs respectfully request that the Court take the Seventh Circuit's decision into account in ruling on their Objections to the Magistrate Judge's Report and Recommendation.

20180978v1

**ANNETTE REDDICK, TASHA REDDICK. TIESE MITCHELL, J.M., an infant, by his next friend TIESE MITCHELL, J.M., an infant, by her next friend TIESE MITCHELL, CRYSTAL LEWIS, J.J., an infant, by his next friend CRYSTAL LEWIS, ARLENE CARTER, R.C., an infant, by her next friend ARLENE CARTER, Z.C., an infant, by her next friend ARLENE CARTER**

By:   /s/ Stephen C. Piepgrass
Anthony F. Troy (VSB No. 05985)
Stephen C. Piepgrass (VSB No. 71361)
Counsel for Intervening Plaintiffs
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: 804-697-1320
Fax: 804-698-5147
stephen.piepgrass@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following users:

**Counsel for the United States**
Lori K. Wagner (VSB No. 39446)
Trial Attorney
Attorney for the United States of America
United States Department of Justice
Civil Rights Division, Housing & Civil Enforcement Section – NWB
950 Pennsylvania Ave, NW
Washington, D.C. 20530
E-mail: lori.wagner@usdoj.gov

Susan L. Watt (VSB No. 17733)
Supervisory Ass't, United States Attorney
Attorney for the United States of America
United States Attorney's Office
8000 World Trade Center, 101 West Main Street
Norfolk, Virginia 23510
susan.watt@usdoj.gov

**Counsel for Defendant**
Barry Randolph Koch
Inman & Strickler PLC
575 Lynnhaven Pkwy, Suite 200
Virginia Beach, VA 23452
(757) 486-7055
bkoch@inmanstrickler.com

And will send the foregoing by FedEx to:

**William A. White**
P. O. Box 8631
Roanoke, VA 24014*
*last known address

4

And

Rebecca Glenburg, Esquire*
Legal Director
American Civil Liberties Union of Virginia
530 East Main Street, Suite 310
Richmond, VA 23219
*Appointment as counsel to William A. White pending

     /s/ Stephen C. Piepgrass
Stephen C. Piepgrass (VSB No. 71361)
Counsel for Intervening Plaintiffs
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: 804-697-1320
Fax: 804-698-5147
stephen.piepgrass@troutmansanders.com

20180978v1