OCTOBER 28, 2012

Clerk, US District Court
Eastern District of Virginia-Norfolk
Walter E Hoffmann Courthouse
600 Granby Street
Norfolk, VA 23510

Re: Civil No 2:07cv342

RECEIVED
NOV - 2 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Dear Clerk:

This is to inform the Court that I accept the appointment of Rebecca Glenberg of the ACLU as counsel.

Please have her be in touch as soon as possible. The Court has ordered me transferred to the camp in Petersburg, Virginia, but the US Attorney's Office is trying to countermand that and place me in administrative supermax in Chicago, Illinois, so, I do not know where I will be. I file change of address as soon as possible.

Sincerely,

William A White # 20040199844
Roanoke City Jail
324 Campbell Ave, SW
Roanoke, VA 24016

WILLIAM A WHITE #7264019494 UNIT25-07
ROANOKE CITY JAIL
324 CAMPBELL AVE SW
ROANOKE, VA 24016

[First-Class stamp with Liberty Bell]

[postmark] ROANOKE VA 240
30 AUG'23 PM 2 L

U.S. MAIL
INSPEC.

CLERK
US DISTRICT COURT — E.D. VA
WALTER E HOFFMANN COURTHOUSE
600 GRANBY ST
NORFOLK, VA 23510

22510181915

LEGAL MAIL